UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br>Plaintiff,<br>v.<br>CDCR DAPO, *et al.*,<br>Defendants. | Case No. 1:26-cv-03440-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS<br><br>Doc. 5 |

Plaintiff Randy Ausborn is a pretrial detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a U.S. magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

Plaintiff did not pay the $405.00 filing fee or file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and review of Plaintiff's prisoner litigation history indicated he had accrued three or more "strikes" under § 1915 and his complaint failed to show that he was under imminent danger of serious physical injury. *See* Doc. 3. Accordingly, on May 7, 2026, the assigned magistrate judge ordered Plaintiff to pay the $405 filing fee in full within 30 days from the date of service of the order. Doc. 3. Plaintiff was warned that "failure to comply with [the] order will result in a recommendation for dismissal of the action without further notice." *Id.* at 5 (emphasis in original).

After Plaintiff failed to pay the filing fee, and the time to do so had expired, the assigned

magistrate judge issued findings and recommendations on June 18, 2026 to dismiss the action without prejudice for Plaintiff's failure to prosecute the action and failure to comply with the Court's orders and the Local Rules. Doc. 5. The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. *Id.* at 4. No objections were filed and the time to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 18, 2026, Doc. 5, are ADOPTED IN FULL.
2. This action is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and failure to comply with the Court's order.
3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: July 22, 2026

UNITED STATES DISTRICT JUDGE